# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Tyrone Wallace

                V.

P. Cowan, CDW; B. Morris, F. Captain;  P.A. Cortez, CCII; G. Pederson, Lt., J.S. Valaskant, PsychologistP

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    11cv953 DMS (JMA)

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff's Second Amended Complaint is Dismissed without prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)(b) and § 1915A(b). In addition, the Court finds further amendment would be futile.  It is further certified that an IFP appeal from this final order of dismissal would not appear to be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

| December 7, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/L Odierno
(By) Deputy Clerk

ENTERED ON December 7, 2011

11cv953 DMS (JMA)